Philip C. Bourdette SBN 47492
Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com
mrbb@bourdettelaw.com
Attorneys for Plaintiff Lois Fern Zanyk

Simona A. Farrise SBN 171708
Jennifer R. Johnson SBN 160967
Farrise Firm PC
225 South Olive St., Ste 102
Los Angeles, CA 90012
310-424-3355
FAX 510-588-4536
sfarrise@farriselaw.com
jjohnson@farriselaw.com
Attorneys for Plaintiff

Sharon  J.Arkin SBN #154858
The Arkin Law Firm
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
(541) 469-2892
FAX: 866) 571-5676
sarkin@arkinlawfirm.com
Attorney for Plaintiff

Pamela Yates SBN 137740
Wendy S. Dowse SBN 261224
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 788-1142
FAX (310) 22913-1942
pyates@kayescholer.com
wdowse@kayescholer.com
Attorneys for Defendants

Stipulation to Continue Pre-Trial Dates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| LOIS FERN ZANYK | ) | Case No.: 1:10-cv-00287-OWW-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION TO CONTINUE PRE-TRIAL |
| | ) | DATES, SUPPORTING DECLARATION OF |
| WYETH LLC., {wholly owned subsidiary of | ) | MIRIAM BOURDETTE AND ORDER |
| Pfizer Inc.} | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED BY ALL PARTIES, BY AND THROUGH THEIR

RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:

1.      The parties stipulate that the pre-trial discovery and other proceedings

previously set be changed to the following:

|   |   |   |
|---|---|---|
| a. | Fact Discovery Cut-off | December 2, 2011 |
| b. | Plaintiff's last day to disclose Expert Witnesses | January 20, 2012 |
| c. | Defendant's last day to disclose Expert Witnesses | February 17, 2012 |
| d. | Plaintiff's last day to disclose Rebuttal Experts | March 2, 2012 |
| e. | Defendant's last day to disclose Rebuttal Experts | March 16, 2012 |
| f. | Expert Discovery Cut off | April 6, 2012 |
| g. | Last day to file Non Dispositive & Daubert Motions | May 4, 2012 |
| h. | Hearing on Non Dispositive & Daubert Motions | May 25, 2012 |

2

Stipulation to Continue Pre-Trial Dates

| | | | |
|---|---|---|---|
| i. | Last Day to File Dispositive Pre-trial Motions | | June 1, 2012 |
| j. | Last day to file Settlement Conference Statement | | June 15, 2012 |
| k. | Hearing Dispositive Pre-trial Motions | | June 22, 2012 |
| l. | Settlement Conference | | July 2, 2012 |
| m. | Last day file Joint Pre-trial Conference Statement | | July 20, 2012 |
| n. | Pre-Trial Conference | | August 3, 2012 |
| o. | First day of Trial | (No Change) | August 21, 2012 |

Respectfully submitted,

DATED: September 2, 2011                         BOURDETTE AND PARTNERS


By   /s/ Miriam R. Bourdette
    Miriam R. Bourdette
    Attorneys for Plaintiff Lois Zanyk


DATED:  September 2, 2011                         KAYE SCHOLER LLP


By:   /s/ Wendy Dowse
    Wendy Dowse
    Attorneys for Defendants

## IT IS SO ORDERED:

IT IS SO ORDERED.

Dated:   **September 13, 2011**                        **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE